| IN RE: | **FILED** | CASE NO. 06-51928 |
|---|---|---|
| AARON S. NOE<br>JAMIE L. HUGHLEY-NOE<br>    Debtors | 2010 JUN 24 PM 2:23<br>U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF OHIO<br>AKRON | CHAPTER 7<br><br>REPORT OF UNCLAIMED<br><u>DIVIDEND</u> |

    Harold A. Corzin, Trustee herein, reports that check #10104 was issued on March 9, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #10113 to the Clerk of Courts in the amount of $27.69 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                             */s/ HAC*
                                      HAROLD A. CORZIN, TRUSTEE
                                      304 N. Cleveland-Massillon Road
                                      Akron, Ohio 44333
                                      (330) 670-0770
                                      (330) 670-0297 Facsimile
                                      Hcorzin@csu-law.com

June 15, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 06-51928 - NOE, AARON S.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-01854982-66 | 10113 | 06/13/10 | U. S. BANKRUPTCY COURT | | | $27.69 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01854982-66 5 | | 10104 | 01/08/07 | 610 | Portage Pathology Assoc<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | 260.00 | 260.00 | 27.69 | 27.69 |

ck # 10113
receipt # 81567

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.