# FILED

## Proposed Claims Distribution
2010 JUL -8 PM 3: 01

Page: 1

### Case: 06-51928  NOE, AARON S. *& HUGHLEY-NOE, JAIME L*

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| **Secured Claims:** | | | | | | | | |
| 1 | 10/31/06 | 100 | JPMorganChase<br>po box 901032<br>ft worth, TX 76101<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 24,835.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11S | 03/14/07 | 100 | FIRSTMERIT BANK NA<br>III CASCADE PLAZA CAS36<br>AKRON. OH 44308<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 9,250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:  0% Paid** | **$34,085.86** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$34,085.86** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/28/06 | 200 | HAROLD A. CORZIN<br>304 N. CLEVELAND-MASSILLON RD<br>AKRON. OH 44333<br><2200-00  Trustee Expenses> | 105.08 | 105.08 | 105.08 | 0.00 | 0.00 |
| | 09/28/06 | 200 | HAROLD A. CORZIN<br>304 N. CLEVELAND-MASSILLON RD<br>AKRON. OH 44333<br><2100-00  Trustee Compensation> | 1,761.50 | 1,761.50 | 1,761.50 | 0.00 | 0.00 |
| | | | **Total for Priority 200:  100% Paid** | **$1,866.58** | **$1,866.58** | **$1,866.58** | **$0.00** | **$0.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,866.58** | **$1,866.58** | **$1,866.58** | **$0.00** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 2 | 01/02/07 | 610 | Discover Bank/Discover Financial Service<br>POB 3025<br>New Albany, OH 43054<br><7100-00  General Unsecured § 726(a)(2)> | 11,489.29 | 11,489.29 | 1,223.83 | 10,265.46 | 161.48 |
| 3 | 01/02/07 | 610 | Discover Bank/Discover Financial Service<br>POB 3025<br>New Albany, OH 43054<br><7100-00  General Unsecured § 726(a)(2)> | 7,552.74 | 7,552.74 | 804.51 | 6,748.23 | 106.15 |
| 4 | 01/03/07 | 610 | Peter Kratcoski, Esq.<br>P.O. Box 396<br>Kent, OH 44240<br><7100-00  General Unsecured § 726(a)(2)> | 436.40 | 436.40 | 46.48 | 389.92 | 6.14 |
| 5 | 01/08/07 | 610 | Portage Pathology Assoc<br>5620 Southwyck Blvd<br>Toledo, OH 43614<br><7100-00  General Unsecured § 726(a)(2)> | 260.00 | 260.00 | 27.69 | 232.31 | (3.66) + |

# Proposed Claims Distribution

## Case: 06-51928  NOE, AARON S.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 01/11/07 | 610 | U.S. Dept. of Education<br>Payment Center<br>PO Box 530260<br>Atlanta, GA 30353-0260<br><7100-00 General Unsecured § 726(a)(2)> | 8,797.49 | 8,797.49 | 937.10 | 7,860.39 | 123.65 |
| 7 | 01/12/07 | 610 | National City Bank<br>PO Box 500 K-A162J<br>Portage, MI 49081<br><7100-00 General Unsecured § 726(a)(2)> | 9,454.43 | 9,454.43 | 1,007.08 | 8,447.35 | 132.88 |
| 8 -3 | 01/17/07 | 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850<br><7100-00 General Unsecured § 726(a)(2)> | 522.35 | 522.35 | 55.64 | 466.71 | 7.34 |
| 9 | 01/19/07 | 610 | Portage County Treasurer<br>Maureen T. Frederick, Treasurer<br>449 S Meridian Street<br>Ravenna, OH 44266<br><7100-00 General Unsecured § 726(a)(2)> | 2,198.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | 02/06/07 | 610 | Kenneth Lewis, Esq.<br>2105 Ontario street<br>Cleveland, OH 44115<br><7100-00 General Unsecured § 726(a)(2)> | 1,780.35 | 1,780.35 | 189.64 | 1,590.71 | 25.02 |
| 11U | 03/14/07 | 610 | FIRSTMERIT BANK NA<br>III CASCADE PLAZA CAS36<br>AKRON, OH 44308<br><7100-00 General Unsecured § 726(a)(2)> | 3,124.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | 04/12/07 | 610 | Portage County Water Resources<br>Portage Cty. Board of Commissioners<br>PO Box 812<br>Ravenna, OH 44266<br><7100-00 General Unsecured § 726(a)(2)><br>Added creditor | 48.26 | 48.26 | 5.14 | 43.12 | 0.68 |

*# 4.34*

| | | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|
| Total for Priority 610: | 12.05739% Paid | $45,664.30 | $40,341.31 | $4,297.11 | $36,044.20 | $567.00 |
| Total for Unsecured Claims: | | $45,664.30 | $40,341.31 | $4,297.11 | $36,044.20 | $567.00 |
| Total for Case : | | $81,616.74 | $42,207.89 | $6,163.69 | $36,044.20 | $567.00 |

*Ck # 10121*

*receipt # 81595*