IN RE:  CASE NO. 06-51928

AARON S. NOE
JAMIE L. HUGHLEY-NOE   CHAPTER 7
    Debtors
        REPORT OF UNCLAIMED
        DIVIDEND

    Harold A. Corzin, Trustee herein, reports that check #10118 was issued on July 2, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #10122 to the Clerk of Courts in the amount of $132.88 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                HAROLD A. CORZIN, TRUSTEE
                304 N. Cleveland-Massillon Road
                Akron, Ohio 44333
                (330) 670-0770
                (330) 670-0297 Facsimile
                Hcorzin@csu-law.com

October 6, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 06-51928 - NOE, AARON S.

| Account No. | Check No. | Issued | Payee |
|---|---|---|---|
| 9200-01854982-66 | 10122 | 10/01/10 | U. S. BANKRUPTCY COURT |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Check Amount $132.88 Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-01854982-66 7 | | 10118 | 01/12/07 | 610 | National City Bank PO Box 500 K-A162J Portage, MI 49081 | 9,454.43 | 9,454.43 | 1,139.96 | 132.88 |

*(handwritten: Ck # 10122   receipt # 81837)*

(\*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.